REDACTED VERSION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> PAUL M. DAUGERDAS, <br> DONNA GUERIN, <br> DENIS FIELD, and <br> DAVID PARSE, <br><br> Defendants. | S3 No. 09 Cr. 581 (WHP) |

### DECLARATION OF THERESA TRZASKOMA IN SUPPORT OF DEFENDANTS' MOTION FOR A NEW TRIAL OR, IN THE ALTERNATIVE, FOR AN EVIDENTIARY HEARING CONCERNING JUROR NO. 1

THERESA TRZASKOMA declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of Brune & Richard LLP, counsel for defendant David Parse in the above-captioned matter. I submit this declaration in support of Defendants' Motion for a New Trial or, in the Alternative, for an Evidentiary Hearing Concerning Juror No. 1.

***Juror Records***

2. Attached hereto as Exhibit 1 is a true and correct copy of page 6 from the Jury Department's Panel Selection Report of prospective jurors in this case showing "Catherine M Conrad" residing in Bronxville, New York.

3. Attached hereto as Exhibit 2 is a true and correct copy of the juror questionnaire that Conrad completed in connection with jury selection in this case.

4. Attached hereto as Exhibit 3 is a true and correct copy of a letter from Catherine Conrad to Stanley J. Okula, Esq., dated May 25, 2011.

REDACTED VERSION

*Attorney Registration Records*

5. A search for "Catherine Conrad" on the attorney search page of the New York State Unified Court System website, http://iapps.courts.state.ny.us/attorney/AttorneySearch, yields one hit, for Catherine M. Conrad. Attached hereto as Exhibit 4 is a true and correct copy of the attorney registration information for Catherine M. Conrad as of June 24, 2011.

6. Attached hereto as Exhibit 5 is a true and correct copy of the December 18, 2007 order from the New York Supreme Court, Appellate Division, First Department *In the Matter of Catherine M. Conrad*, 48 A.D.3d 187 (2007).

7. Attached hereto as Exhibit 6 is a true and correct copy of the December 9, 2010 order from the New York Supreme Court, Appellate Division, First Department *In the Matter of Catherine M. Conrad*, 80 A.D.3d 168 (2010).

*Property Records*

8. Attached hereto as Exhibit 7 is a true and correct copy of the deed for 16 Parkview Drive, Eastchester, New York.

9. Attached hereto as Exhibit 8 is a true and correct copy of the December 27, 2004 mortgage recorded on 16 Parkview Drive, Bronxville, New York.

*Marriage Records*

10. Attached hereto as Exhibit 9 is a true and correct copy of the June 20, 2007 Nevada marriage license for Frank Rosa and Catherine Morgan Conrad, both of the Bronx, New York.

11. Attached hereto as Exhibit 10 is a true and correct copy of the June 20, 2007 Nevada marriage certificate for Frank Rosa and Catherine Morgan Conrad.

REDACTED VERSION

**Conrad's Criminal Records**

12. Attached hereto as Exhibit 11 is a true and correct copy of the New York Criminal History Record Search results for Catherine Conrad (a.k.a. Catherine Rosa), date of birth REDACTED .

13. Attached hereto as Exhibit 12 is a true and correct copy of a certificate of disposition from the Criminal Court of the City of New York, County of Bronx for the August 21, 1998 conviction of Catherine Conrad.

14. Attached hereto as Exhibit 13 is a true and correct copy of a certificate of disposition from the Criminal Court of the City of New York, County of Bronx for the May 17, 1999 conviction of Catherine M. Conrad.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Winslow, Arizona Police Department records for Catherine M. Conrad.

16. Attached hereto as Exhibit 15 is a true and correct copy of records from the Criminal Court of the City of Yonkers related to the May 6, 2009 arrest of Catherine Rosa, Docket #09-2763. The certificate of disposition and misdemeanor information reflect a charge for petit larceny (NYPL § 155.25), and also reflect that the charge was covered by a plea to Docket # 09-0753 (*see* Exhibit 16).

17. Attached hereto as Exhibit 16 is a true and correct copy of records from the Criminal Court of the City of New Rochelle for the May 6, 2009 arrest of Catherine Rosa, Docket #09-0753. The certificate of disposition and information reflect a plea and conviction for petit larceny (NYPL § 155.25), and also reflects that the petit larceny charge from Docket # 09-2763 (*see* Exhibit 15) was resolved by the same plea.

REDACTED VERSION

### *Rosa's Criminal Records*

18.     Attached hereto as Exhibit 17 are true and correct copies of records from New Jersey and Westlaw reflecting numerous periods of incarceration and the following felony convictions in New Jersey of Frank J. Rosa (a.k.a. Frank Esposito, a.k.a. Frank Visarri), SBI No. 645823A, date of birth REDACTED .

19.     Attached hereto as Exhibit 18 is a true and correct copy of the State of New Jersey Department of Corrections information sheet for Frank J. Rosa, SBI No. 645823A, date of birth REDACTED .

20.     Attached hereto as Exhibit 19 are true and correct copies of criminal records from Nassau County, New York for Frank Rosa, date of birth REDACTED .

### *Conrad's Civil Lawsuit Files*

21.     Attached hereto as Exhibit 20 is a true and correct copy of the Summons and Verified Complaint in *Catherine M. Conrad* v. *Manessis, et al.*, Index No. 27056-03 (Bronx Sup. Ct.), dated November 10, 2003.[1]

22.     Attached hereto as Exhibit 21 is a true and correct copy of the Note of Issue in *Conrad* v. *Manessis*, dated March 7, 2009.

23.     Attached hereto as Exhibit 22 is a true and correct copy of a December 5, 2008 Order with Notice of Entry in *Conrad* v. *Manessis*.

24.     Attached hereto as Exhibit 23 is a true and correct copy of a January 19, 2009 affidavit Conrad submitted in *Conrad* v. *Manessis* in connection with her motion to restore the action to the court calendar and to vacate the dismissal of the action (without exhibits).

---

[1] The electronic court files for the *Conrad* v. *Manessis* action are voluminous and disorganized; for this reason, we have excerpted certain relevant documents that at times were attached as exhibits to other documents. All of the records from this action were obtained from the Bronx County Clerk's Office online database.

REDACTED VERSION

25. Attached hereto as Exhibit 24 is a true and correct copy of a February 5, 2009 Order in *Conrad* v. *Manessis* restoring the case to the calendar.

26. Attached hereto as Exhibit 25 is a true and correct copy of a June 4, 2010 affirmation in *Conrad* v. *Manessis* by Victor M. Serby in opposition to defendants' motion to dismiss the complaint and for various other forms of relief.

27. Attached hereto as Exhibit 26 are true and correct copies of the judgment, verdict sheets, and exhibit list in *Conrad* v. *Manessis*.

28. Attached hereto as Exhibit 27 is a true and correct copy of a portion of Catherine Conrad's trial testimony in *Conrad* v. *Manessis*, which was attached as part of an exhibit to the defendants' opposition to Conrad's motion to set aside the verdict.

29. Attached hereto as Exhbit 28 is a true and correct copy of a March 24, 2011 order in *Conrad* v. *Manessis* denying Conrad's motion to set aside the jury's verdict and for a new trial, along with the attached papers in support of and in opposition to such motion.

**Federal Election Commission Records**

30. Attached hereto as Exhibit 29 are true and correct copies of Federal Election Commission contribution records for Robert J. Conrad at 16 Parkview Drive, Bronxville, NY 10708.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       July 8, 2011                              By: _____/s/ Theresa Trzaskoma_____
                                                         Theresa Trzaskoma