# MEMORANDUM

**TO**        :  Hon. William H. Pauley
                  U.S. District Judge

**FROM**    :  Linda M. Thomas
                  Jury Administrator

**SUBJECT** : Cost Assessment for USA v. Daugerdas    09 CR 581 (WHP)

**DATE**      : August 18, 2011

As per your request, enclosed are the cost assessment bills in the case of
USA v. Daugerdas 09 cr 581 (WHP).  Also included is an individual cost assessment for
Juror #1 Catherine Conrad,  along with  the costs for jury meals provided during the
course of the trial.

Please note that Exhibit I does not include the 18 jurors selected.  The 18 jurors selected
have been isolated and their cost assessment bill appears on Exhibit II.

The total costs assessed in this case are as follows:

        **Attendance and mileage fees:**    **Total = $100,105.90**

        **Jury Meals**              :     **Total =   $10,463.95**

                              **Grand Total = $110,569.85**

Enclosures

*Exhibit I*

From: 02/23/11  To: 03/03/11

# Cost Assessment Bill

### Event Number :  01:09CR581

Date: 08/18/2011

Time: 1:15 PM

| Attendance Date | Attendance | Mileage | Parking | Public Trans | Subsistence | Misc. | Total Exp. | Total |
|---|---|---|---|---|---|---|---|---|
| February 23, 2011 | 17,080.00 | 9,192.24 | 742.76 | 0.00 | 0.00 | 0.00 | 9,935.00 | 27,015.00 |
| March 01, 2011 | 4,240.00 | 2,306.22 | 267.70 | 0.00 | 0.00 | 0.00 | 2,573.92 | 6,813.92 |
| March 02, 2011 | 5,360.00 | 3,037.56 | 223.50 | 0.00 | 0.00 | 0.00 | 3,261.06 | 8,621.06 |
| March 03, 2011 | 3,040.00 | 1,535.10 | 178.00 | 0.00 | 0.00 | 0.00 | 1,713.10 | 4,753.10 |
| Totals: | 29,720.00 | 16,071.12 | 1,411.96 | 0.00 | 0.00 | 0.00 | 17,483.08 | 47,203.08 |



**Cost Assessment Bill**

From: 02/23/11 To: 05/24/11

Event Number : 01:09CR581A

Date: 08/18/2011

Time: 1:33 PM

| Attendance Date | Attendance | Mileage | Parking | Public Trans | Subsistence | Misc. | Total Exp. | Total |
|---|---|---|---|---|---|---|---|---|
| February 23, 2011 | 720.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,059.66 |
| March 01, 2011 | 720.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,059.66 |
| March 02, 2011 | 680.00 | 331.50 | 0.00 | 0.00 | 0.00 | 0.00 | 331.50 | 1,011.50 |
| March 03, 2011 | 720.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,059.66 |
| March 04, 2011 | 720.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,059.66 |
| March 07, 2011 | 720.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,059.66 |
| March 08, 2011 | 720.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,059.66 |
| March 09, 2011 | 720.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,059.66 |
| March 10, 2011 | 720.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,059.66 |
| March 11, 2011 | 720.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,059.66 |
| March 14, 2011 | 900.00 | 339.66 | 31.00 | 0.00 | 0.00 | 0.00 | 370.66 | 1,270.66 |
| March 15, 2011 | 900.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,239.66 |
| March 16, 2011 | 900.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,239.66 |
| March 17, 2011 | 900.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,239.66 |
| March 18, 2011 | 900.00 | 339.66 | 0.00 | 0.00 | 0.00 | 0.00 | 339.66 | 1,239.66 |
| March 21, 2011 | 850.00 | 332.52 | 0.00 | 0.00 | 0.00 | 0.00 | 332.52 | 1,182.52 |
| March 23, 2011 | 850.00 | 301.92 | 0.00 | 0.00 | 0.00 | 0.00 | 301.92 | 1,151.92 |
| March 24, 2011 | 850.00 | 301.92 | 0.00 | 0.00 | 0.00 | 0.00 | 301.92 | 1,151.92 |
| March 25, 2011 | 850.00 | 301.92 | 0.00 | 0.00 | 0.00 | 0.00 | 301.92 | 1,151.92 |
| March 28, 2011 | 850.00 | 301.92 | 50.25 | 0.00 | 0.00 | 0.00 | 352.17 | 1,202.17 |
| March 29, 2011 | 850.00 | 301.92 | 0.00 | 0.00 | 0.00 | 0.00 | 301.92 | 1,151.92 |
| March 31, 2011 | 850.00 | 301.92 | 0.00 | 0.00 | 0.00 | 0.00 | 301.92 | 1,151.92 |
| April 01, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| April 04, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| April 05, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| April 11, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| April 12, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| April 13, 2011 | 800.00 | 270.30 | 38.50 | 0.00 | 0.00 | 0.00 | 308.80 | 1,108.80 |
| April 14, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| April 15, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |

**From: 02/23/11  To: 05/24/11**

# Cost Assessment Bill

**Event Number :  01:09CR581A**

Date: 08/18/2011

Time: 1:33 PM

| Attendance Date | Attendance | Mileage | Parking | Public Trans | Subsistence | Misc. | Total Exp. | Total |
|---|---|---|---|---|---|---|---|---|
| April 26, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| April 27, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| April 28, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| April 29, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| May 02, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| May 03, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| May 04, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| May 05, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| May 09, 2011 | 800.00 | 270.30 | 41.75 | 0.00 | 0.00 | 0.00 | 312.05 | 1,112.05 |
| May 10, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| May 11, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| May 12, 2011 | 800.00 | 270.30 | 0.00 | 0.00 | 0.00 | 0.00 | 270.30 | 1,070.30 |
| May 13, 2011 | 650.00 | 199.92 | 0.00 | 0.00 | 0.00 | 0.00 | 199.92 | 849.92 |
| May 16, 2011 | 650.00 | 199.92 | 0.00 | 0.00 | 0.00 | 0.00 | 199.92 | 849.92 |
| May 17, 2011 | 600.00 | 188.70 | 0.00 | 0.00 | 0.00 | 0.00 | 188.70 | 788.70 |
| May 18, 2011 | 600.00 | 188.70 | 0.00 | 0.00 | 0.00 | 0.00 | 188.70 | 788.70 |
| May 19, 2011 | 600.00 | 188.70 | 0.00 | 0.00 | 0.00 | 0.00 | 188.70 | 788.70 |
| May 20, 2011 | 600.00 | 188.70 | 54.50 | 0.00 | 0.00 | 0.00 | 243.20 | 843.20 |
| May 23, 2011 | 600.00 | 188.70 | 0.00 | 0.00 | 0.00 | 0.00 | 188.70 | 788.70 |
| May 24, 2011 | 600.00 | 188.70 | 8.00 | 0.00 | 0.00 | 0.00 | 196.70 | 796.70 |
| **Totals:** | 38,510.00 | 14,168.82 | 224.00 | 0.00 | 0.00 | 0.00 | 14,392.82 | 52,902.82 |



Name: **CONRAD, CATHERINE M**                     Participant No:102630806                     Date: 08/18/11 01:53 pm

| Att Date | Date Paid | Att. Audit | Fin. Audit | Attend | Miles | Rate | Ext. | Park | Trans | Subs | Misc | Expenses | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/24/11 | 06/01/11 | J20015084 | F30001447 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/23/11 | 06/01/11 | J20015076 | F30001447 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/20/11 | 06/01/11 | J20015068 | F30001447 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/19/11 | 06/01/11 | J20015060 | F30001447 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/18/11 | 06/01/11 | J20015048 | F30001447 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/17/11 | 06/01/11 | J20015045 | F30001447 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/16/11 | 06/01/11 | J20015042 | F30001447 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/13/11 | 06/01/11 | J20015040 | F30001447 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/12/11 | 06/01/11 | J20015032 | F30001447 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/11/11 | 06/01/11 | J20015026 | F30001447 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/10/11 | 05/11/11 | J20015013 | F30001442 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/09/11 | 05/11/11 | J20015009 | F30001442 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/05/11 | 05/11/11 | J20014981 | F30001442 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/04/11 | 05/11/11 | J20014971 | F30001442 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/03/11 | 05/11/11 | J20014965 | F30001442 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 05/02/11 | 05/11/11 | J20014951 | F30001442 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 04/29/11 | 05/11/11 | J20014946 | F30001442 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 04/28/11 | 05/11/11 | J20014939 | F30001442 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 04/27/11 | 05/11/11 | J20014933 | F30001442 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 04/26/11 | 05/11/11 | J20014927 | F30001442 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 04/15/11 | 04/25/11 | J20014884 | F30001432 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 04/14/11 | 04/25/11 | J20014877 | F30001432 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 04/13/11 | 04/25/11 | J20014870 | F30001432 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 04/12/11 | 04/25/11 | J20014854 | F30001432 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 04/11/11 | 04/25/11 | J20014849 | F30001432 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 04/05/11 | 04/25/11 | J20014832 | F30001432 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 04/04/11 | 04/25/11 | J20014825 | F30001432 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 04/01/11 | 04/25/11 | J20014822 | F30001432 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/31/11 | 04/25/11 | J20014816 | F30001432 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/29/11 | 03/29/11 | J20014803 | F30001421 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/28/11 | 03/29/11 | J20014798 | F30001421 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/25/11 | 03/29/11 | J20014792 | F30001421 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/24/11 | 03/29/11 | J20014787 | F30001421 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/23/11 | 03/29/11 | J20014780 | F30001421 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/21/11 | 03/29/11 | J20014768 | F30001421 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/18/11 | 03/29/11 | J20014764 | F30001421 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/17/11 | 03/29/11 | J20014760 | F30001421 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/16/11 | 03/29/11 | J20014755 | F30001421 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/15/11 | 03/29/11 | J20014749 | F30001421 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/14/11 | 03/15/11 | J20014743 | F30001410 | 50.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 77.54 |
| 03/11/11 | 03/15/11 | J20014739 | F30001410 | 40.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 67.54 |
| 03/10/11 | 03/15/11 | J20014733 | F30001410 | 40.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 67.54 |
| 03/09/11 | 03/15/11 | J20014730 | F30001410 | 40.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 67.54 |
| 03/08/11 | 03/15/11 | J20014722 | F30001410 | 40.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 67.54 |
| 03/07/11 | 03/15/11 | J20014716 | F30001410 | 40.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 67.54 |
| 03/04/11 | 03/15/11 | P10029334 | F30001410 | 40.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 67.54 |
| 03/03/11 | 03/15/11 | J20014742 | F30001410 | 40.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 67.54 |
| 03/02/11 | 03/15/11 | P10029445 | F30001410 | 40.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 67.54 |
| 03/01/11 | 03/15/11 | P10029349 | F30001410 | 40.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 67.54 |

**Name: <u>CONRAD, CATHERINE M</u>**          **Participant No:102630806**          **Date: 08/18/11  01:53 pm**

| Att Date | Date Paid | Att. Audit | Fin. Audit | Attend | Miles | Rate | Ext. | Park | Trans | Subs | Misc | Expenses | Total |
|----------|-----------|------------|------------|--------|-------|------|------|------|-------|------|------|----------|-------|
| 02/23/11 | 03/15/11 | P10029349 | F30001410 | 40.00 | 54 | 0.510 | 27.54 | 0.00 | 0.00 | 0.00 | 0.00 | 27.54 | 67.54 |
| **Totals: 50** | | | | | | | <u>**$2,400.00**</u> | | | | | <u>**$1,377.00**</u> | <u>**$3,777.00**</u> |

# MEAL VOUCHER WORKSHEET

**TODAY'S DATE**      **7/1/2011**

## VENDOR:                ACORN

| VOUCHER # | DATE ENTERED | # OF JURORS | CASE # | TOTAL COST | JUDGE'S NAME |
|-----------|--------------|-------------|--------|------------|--------------|
| 7115  | 3/7/11  | 18 | 09CR581 | $250.20 | PAULEY |
| 10008 | 3/14/11 | 18 | 09CR581 | $250.20 | PAULEY |
| 10009 | 3/15/11 | 18 | 09CR581 | $250.20 | PAULEY |
| 10010 | 3/16/11 | 18 | 09CR581 | $250.20 | PAULEY |
| 10011 | 3/17/11 | 18 | 09CR581 | $250.20 | PAULEY |
| 10012 | 3/18/11 | 18 | 09CR581 | $125.10 | PAULEY |
| 10039 | 3/21/11 | 18 | 09CR581 | $125.10 | PAULEY |
| 10033 | 3/23/11 | 18 | 09CR581 | $250.20 | PAULEY |
| 10034 | 3/24/11 | 18 | 09CR581 | $250.20 | PAULEY |
| 10035 | 3/25/11 | 17 | 09CR581 | $182.75 | PAULEY |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | TOTALS | 179 |  | $2,184.35 |  |

ACORN-MVCH

## MEAL VOUCHER WORKSHEET

**TODAY'S DATE**     **7/1/2011**

## VENDOR:          ACORN

| VOUCHER # | DATE ENTERED | # OF JURORS | CASE # | TOTAL COST | JUDGE'S NAME |
|---|---|---|---|---|---|
| 10057 | 3/28/11 | 18 | 09CR581 | $250.20 | PAULEY |
| 10053 | 3/29/11 | 17 | 09CR581 | $236.30 | PAULEY |
| 10065 | 3/30/11 | 17 | 09CR581 | $236.30 | PAULEY |
| 10060 | 3/31/11 | 17 | 09CR581 | $236.30 | PAULEY |
| 10042 | 4/1/11 | 17 | 09CR581 | $287.30 | PAULEY |
| 10070 | 4/4/11 | 16 | 09CR581 | $224.40 | PAULEY |
| 10071 | 4/5/11 | 16 | 09CR581 | $224.40 | PAULEY |
| 10086 | 4/11/11 | 16 | 09CR581 | $224.40 | PAULEY |
| 10087 | 4/12/11 | 16 | 09CR581 | $224.40 | PAULEY |
| 10088 | 4/13/11 | 16 | 09CR581 | $224.40 | PAULEY |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | TOTALS | 166 |  | $2,368.40 |  |

ACORN-MVCH

## MEAL VOUCHER WORKSHEET

**TODAY'S DATE**      **7/1/2011**

## VENDOR:            ACORN

| VOUCHER # | DATE ENTERED | # OF JURORS | CASE # | TOTAL COST | JUDGE'S NAME |
|---|---|---|---|---|---|
| 10089 | 4/14/11 | 16 | 09CR581 | $224.40 | PAULEY |
| 10109 | 4/15/11 | 17 | 09CR581 | $118.15 | PAULEY |
| 10116 | 4/26/11 | 16 | 09CR581 | $224.40 | PAULEY |
| 10124 | 4/27/11 | 16 | 09CR581 | $224.40 | PAULEY |
| 10126 | 4/28/11 | 16 | 09CR581 | $224.40 | PAULEY |
| 10137 | 4/29/11 | 16 | 09CR581 | $111.00 | PAULEY |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | TOTALS | 97 | | $1,126.75 | |

ACORN-MVCH

## MEAL VOUCHER WORKSHEET

**TODAY'S DATE**      **7/1/2011**

## VENDOR:          ACORN

| VOUCHER # | DATE ENTERED | # OF JURORS | CASE # | TOTAL COST | JUDGE'S NAME |
|---|---|---|---|---|---|
| 10145 | 5/2/11 | 16 | 09CR581 | $224.40 | PAULEY |
| 10146 | 5/3/11 | 16 | 09CR581 | $224.40 | PAULEY |
| 10147 | 5/4/11 | 16 | 09CR581 | $224.40 | PAULEY |
| 10148 | 5/5/11 | 16 | 09CR581 | $224.40 | PAULEY |
| 10151 | 5/9/11 | 16 | 09CR581 | $224.40 | PAULEY |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | TOTALS | 80 | | $1,122.00 | |

ACORN-MVCH

# MEAL VOUCHER WORKSHEET

**TODAY'S DATE**     **7/1/2011**

## VENDOR:              ACORN

| VOUCHER # | DATE ENTERED | # OF JURORS | CASE # | TOTAL COST | JUDGE'S NAME |
|---|---|---|---|---|---|
| 10210 | 5/19/11 | 12 | 09CR581 | $320.15 | PAULEY |
| 10207 | 5/20/11 | 12 | 09CR581 | $83.40 | PAULEY |
| 10209 | 5/23/11 | 12 | 09CR581 | $316.05 | PAULEY |
| 10213 | 5/24/11 | 12 | 09CR581 | $316.15 | PAULEY |
| 10214 | 5/25/11 | 12 | 09CR581 | $166.80 | PAULEY |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | TOTALS | 60 | | $1,202.55 | |

ACORN-MVCH