```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/12
```

## KOSTELANETZ & FINK, LLP

7 WORLD TRADE CENTER
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com



July 31, 2012

**VIA REGULAR MAIL AND E-MAIL**
Hon. William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
Room 2210
New York, New York 10007

Re:   *United States v. Daugerdas, et al.*, No. S3 09 Cr. 581 (WHP)

Dear Judge Pauley:

As the Court is aware, we have represented Denis Field not only in the criminal case before Your Honor, but in his arbitration against BDO Seidman ("BDO"). Since January 1, 2010, BDO, Mr. Field's former employer, has refused to pay his attorneys' fees in this matter. The arbitrator has issued his decision, dated July 17, 2012, in which he denied: (1) Mr. Field's claims for unreimbursed legal fees and expenses; (2) Mr. Field's request for a declaration that BDO is obligated to pay for his reasonable defense costs going forward; and (3) Mr. Field's claims for the costs incurred in the arbitration.

As we noted in our letter to Your Honor of June 21, 2012, this eight-partner Firm has incurred significant unpaid fees and costs related to pre-trial matters, the three-month trial before Your Honor, and the post-trial litigation. Mr. Field is without the means to pay the fees already incurred on his behalf, and it is our understanding that he cannot pay the fees associated with the re-trial. This representation has resulted in a tremendous financial burden to this Firm, and we are unable to bear additional unpaid fees and costs. As a result, and pursuant to the Court's directive during the June 25, 2012, conference call, we unfortunately have no choice but to ask through this letter to be relieved as counsel in this matter.

Respectfully submitted,

Sharon L. McCarthy

cc:   (by e-mail)
      All Counsel of Record
      Denis M. Field