U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 10, 2012

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re:  United States v. Paul Daugerdas, et al.
     S3 09 Cr. 581 (WHP)

Dear Judge Pauley:

We write to request a two-business-day extension of time, until Tuesday, August 14, 2012, to respond to defendant Paul Daugerdas's request to conduct post-verdict interviews of the jurors who sat during trial between March and May 2011.

We have made our request known to all counsel, and to defendant Paul Daugerdas individually, and all have indicated that they have no objection to to our request.

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: _____
Stanley J. Okula, Jr.
Assistant United States Attorney
(212) 637-1585

cc:  All Defense Counsel
     Paul M. Daugerdas

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.