UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

    -v-      :

                                   S3 09 Cr. 581 (WHP)

PAUL M. DAUGERDAS,      :
DONNA GUERIN, and           **DECLARATION**
DENIS FIELD,      :

         **Defendants.**      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      STANLEY J. OKULA, JR., pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury, to the best of his information and belief:

      1.     I am an Assistant United States Attorney ("AUSA") in the office of Preet Bharara, United States Attorney for the Southern District of New York. I am one of the AUSAs with responsibility for the prosecution of this case. This declaration is submitted in support of the accompanying Memorandum of the Government in opposition to the motion of defendant Paul Daugerdas seeking to vacate the Court-ordered pretrial restraints.

      2.     Annexed to this Declaration as Exhibit **1** is a true and correct copy of the Affidavit of Special Agent Christine Mazzella of the Internal Revenue Service, dated June 18, 2009, which was submitted in connection with the Government's June 2009 application for seizure warrants for certain financial accounts owned or controlled or funded by Paul Daugerdas.

3.  Annexed to this Declaration as Exhibit **2** is a true and correct copy of the Post-Indictment Restraining Order signed by this Court on July 9, 2009.

4.  Annexed to this Declaration as Exhibit **3** is a true and correct copy of a tracing analysis of certain proceeds that were deposited into various accounts owned or controlled or funded by Paul Daugerdas. This tracing analysis was provided by your Declarant to Charles Sklarsky, counsel for Paul Daugerdas, in connection with the negotiation of a settlement of Daugerdas's initial Monsanto motion.

5.  Annexed to this Declaration as Exhibit **4** is a true and accurate copy of a chart, labeled "Exhibit A," which was provided by Charles Sklarsky to the Government in connection with the negotiation of a settlement of Daugerdas's initial Monsanto motion. In particular, this Exhibit contains a list of accounts as to which the Government agreed to refrain from seeking forfeiture, as part of the settlement.

6.  Annexed to this Declaration as Exhibit **5** is a true and accurate copy of an e-mail exchange between Charles Sklarsky and your Declarant, among others, setting forth the terms of the settlement between Daugerdas and the Government.

7.  Annexed to this Declaration as Exhibit **6** is a true and accurate copy of the Administrative Services Agreement between Jenkens & Gilchrist (Texas) and Jenkens & Gilchrist (An Illinois Professional Corporation), which provides for the deposit of the Chicago office's gross revenues into a separate bank account maintained by a representative of the Texas office on behalf of the Chicago office.

6.  Annexed to this Declaration as Exhibit **7** are true and accurate copies of bank records showing transfers of year-end bonus payments to Paul Daugerdas from a bank account maintained

for Jenkens & Gilchrist, an Illinois Corporation.

Dated: New York, New York
       August 24, 2012

_____
STANLEY J. OKULA, JR.
Assistant U.S. Attorney