IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) | Case No.: S3 09 Cr. 581 (WHP) |
| PAUL M. DAUGERDAS and DENIS FIELD, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF MOTION OF DENIS FIELD FOR A JUDGMENT OF ACQUITTAL OR, IN THE ALTERNATIVE, FOR SEVERANCE FROM THE RE-TRIAL OF THIS MATTER OF THE PERSONAL INCOME TAX CHARGES AGAINST PAUL DAUGERDAS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the annexed Declaration of Sharon L. McCarthy and attached and accompanying Exhibits, defendant Denis M. Field, through counsel, will move this Court, before the Honorable William H. Pauley, III, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York, on May 17, 2013, for an Order granting a Judgment of Acquittal as to Denis M. Field on all Counts in the Indictment, or, in the Alternative, a Severance from the Re-trial of this Matter of

the Personal Income Tax Charges Against Paul Daugerdas.

Dated: New York, New York
February 22, 2013

Respectfully submitted,

*/s/ Sharon L. McCarthy*
Sharon L. McCarthy
KOSTELANETZ & FINK LLP
7 World Trade Center, 34th Floor
New York, New York 10007
Phone: 212-808-8100
smccarthy@kflaw.com

Cesar de Castro
THE LAW FIRM OF CÉSAR DE CASTRO
The Trump Building
40 Wall Street, 28th Floor
New York, New York 10005
(646) 512-5806
cdecastro@cdescastrolaw.com

*Counsel for Denis M. Field*

To: Nanette Louise Davis
Stanley J. Okula, Jr.
Assistant United States Attorneys
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
Phone: 212-637-1585
Email: nanette.l.davis@usgdoj.gov
Stan.okula@usdoj.gov
*Counsel for United States of America*

Brian D. Linder
Henry E. Mazurek
CLAYMAN & ROSENBERG LLP
305 Madison Avenue
New York, NY 10165
Phone: 212-922-1080
Email: linder@clayro.com
mazurek@clayro.com

*Counsel for Paul Daugerdas*

2