IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA )
)
)
) Case No.: S3 09 Cr. 581 (WHP)
v. )
)
PAUL M. DAUGERDAS and )
DENIS FIELD, )
)
            Defendants. )
)
)

---

### DECLARATION OF SHARON L. MCCARTHY IN SUPPORT OF MOTION OF DENIS FIELD FOR A JUDGMENT OF ACQUITTAL OR, IN THE ALTERNATIVE, FOR SEVERANCE FROM THE RE-TRIAL OF THIS MATTER OF THE PERSONAL INCOME TAX CHARGES AGAINST PAUL DAUGERDAS

SHARON L. MCCARTHY, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. I am a member of the law firm of Kostelanetz & Fink LLP, counsel for the defendant, Denis M. Field, in the above-captioned matter.

2. I am fully familiar with the facts set forth in this declaration and, unless otherwise stated, make each statement contained in this declaration based on my own personal knowledge or upon my review of the record in this matter.

3. Attached hereto as Exhibit A is a true and correct copy of a Letter from Sharon L. McCarthy dated May 8, 2011, on the letterhead of Kostelanetz & Fink, LLP in re: *US v. Daugerdas, et al.*, S3 09 Cr. 581 (WHP).

1

4. Attached hereto as Exhibit B is a true and correct copy of Government Exhibit 1993-25, which was introduced during the trial of this matter.

5. Attached hereto as Exhibit C is a true and correct copy of Government Exhibit 22-4F, which was introduced during the trial of this matter.

Dated:   New York, New York
         February 22, 2013

                                                            *signature*
                                                            Sharon L. McCarthy