KOSTELANETZ & FINK, LLP
7 WORLD TRADE CENTER
NEW YORK, NEW YORK 10007

TEL: (212) 808-8100
FAX: (212) 808-8108
www.kflaw.com

September 13, 2013

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

        Re: *U.S. v. Daugerdas, et al.*, S6 09 Cr. 581 (WHP)

Dear Judge Pauley:

        Further to the letter filed this morning on behalf of Denis Field concerning the trial subpoenas served on both Adrian Dicker and his attorney Laura L. Gavioli, Esq. of Dentons, I am writing to report that we have today reached an agreement with Ms. Gavioli for the production of responsive documents from both Dentons and Mr. Dicker.

        We therefore respectfully withdraw our motion to compel the production of documents as it pertains to both Adrian Dicker and Dentons.

                                                   Respectfully submitted,

                                                   Sharon L. McCarthy

cc:      Laura Gavioli, Esq.
           Counsel of Record
           (by e-mail)