USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-                                      S6 09 Cr. 581 (WHP)

PAUL M. DAUGERDAS, et. al.,                ORDER

                       Defendants.
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        Having considered Denis Field's application for an order directing Nancy Bee to comply with a trial subpoena <u>duces tecum</u> personally served on her on September 13, 2013, it is hereby ORDERED that Field's motion is GRANTED and Nancy Bee is directed comply immediately with the trial subpoena by either: (1) allowing Field's investigator immediate access to all responsive documents; or (2) arranging for immediate express shipment of all responsive documents to defendant's counsel, Sharon L. McCarthy of Kostelanetz & Fink, LLP, 7 World Trade Center, 34th Floor, NY, NY 10007.

        Nancy Bee is not required to produce any documents subject to the spousal privilege, however, Nancy Bee must provide a written log of any withheld documents listing the specific document as well as the particular reason that document was withheld. If Nancy Bee fails to comply with the subpoena, she risks being held in contempt of this Court's order.

Dated: October 9, 2013
      New York, New York

                                   SO ORDERED:

                                   WILLIAM H. PAULEY III
                                        U.S.D.J.