| | |
|---|---|
| **From:** | Erbsen, Diana L. |
| **To:** | Davis, Nanette L. (TAX); Okula, Stan (USANYS) |
| **Cc:** | Jackson, Frank; Reemer, Ellis L.; Smith, Patrick |
| **Subject:** | email 1 of 2 / Coe v. BDO Seidman, LLP - BDO"s Response in Opposition to Plaintiffs" Application for Temporary Injunction |
| **Date:** | Friday, October 18, 2013 10:17:47 AM |

This is provided for your information only.  As background, the Judge in the New York arbitration issued an amendment to her order from over the summer, which order dismissed Field's challenge to BDO's arbitration award. The amendment was fairly minor and just clarified that the award would be confirmed.   DLA served "Notice of Entry" of the new Order, which is apparently routine New York practice.  Field responded with the below e-mail, and a prior one which I will forward to you.

**From:** Denis Field
**Sent:** Wednesday, October 16, 2013 10:31 PM
**To:** Gaddipati, Raja
**Cc:** Bill Sullivan; Carol Farquhar; Carolin Shining (cshining@kfjlegal.com); Christopher Anulewicz; Corey Weinstein; Craig Mielke; David Deary; Dean Calloway; Gary Miller; James Dahl; James Fogelman; Jeven Sloan; John Hendele; Kevin Forde; Lindsey Blenkhorn; Michael Forde; Michael Petrella; Paul Bonadies; Pei Chung; Rami Fakhouri; Steve Brown; Kernen, Joseph; Samowitz, Cary B.; Gaddipati, Raja
**Subject:** Re: Coe v. BDO Seidman, LLP - BDO's Response in Opposition to Plaintiffs' Application for Temporary Injunction

Tell your partners to back off in New York Supreme Court. I will give you DLA and Poulos an unforgettable memory soon.

So back off and stop interfering with my trial.

Denis

Sent from my iPhone

On Oct 16, 2013, at 6:07 PM, "Gaddipati, Raja" <Raja.Gaddipati@dlapiper.com> wrote:

> Counsel:
>
> Please see the attached.  Hard copy to follow.
>
> Best regards,
>
> Raja
>
> **Raja Gaddipati**
> Associate
> **T** +1 312.368.3477

**F** +1 312.630.7364
**E** raja.gaddipati@dlapiper.com

<image001.gif>

DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
United States
www.dlapiper.com

<2013 10 16 BDO - Coe -- BDO Resp to App for Temp Injunction.pdf>

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.