| | |
|---|---|
| **From:** | Erbsen, Diana L. |
| **To:** | Davis, Nanette L. (TAX); Okula, Stan (USANYS) |
| **Cc:** | Jackson, Frank; Reemer, Ellis L.; Smith, Patrick |
| **Subject:** | 2 of 2/ Field v. BDO, Index No. 600010/2012 |
| **Date:** | Friday, October 18, 2013 10:21:13 AM |

**From:** Denis Field
**Sent:** Wednesday, October 16, 2013 6:25 PM
**To:** McMahan, Michael
**Cc:** Hall (New York), Christopher P.; Samowitz, Cary B.
**Subject:** Re: Field v. BDO, Index No. 600010/2012

Actually I do not have time for this now. So please explain to Judge Kapnick.
Thank you.

Denis

Sent from my iPhone

On Oct 16, 2013, at 4:22 PM, "McMahan, Michael" <Michael.McMahan@dlapiper.com> wrote:

> Dear Mr. Field,
>
> Attached please find a Notice of Entry of the Amended Decision/Order of Justice Kapnick dated August 23, 2013, and entered October 4, 2013.
>
> Best regards,
>
> Mike McMahan
>
> <image001.gif>
>
> **Michael P. McMahan**
> Associate (NY, NJ)
> DLA Piper LLP (US)
> 1251 Avenue of the Americas, 27th Floor
> New York, New York 10020-1104
>
> **T** 212.335.4698
> **F** 917.778.8698
> **M** 347.334.1440
> michael.mcmahan@dlapiper.com
>
> <Field v BDO, Notice of Entry, October 16, 2013.PDF>
> Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.