USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :     S6 09 Cr. 581 (WHP)
                                          :
          - against -                     :     ORDER
                                          :
PAUL M. DAUGERDAS,                        :
                                          :
                    Defendant.            :
                                          :
-------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

          By letter dated May 5, 2014, Daugerdas questions the necessity of conducting a

Fatico hearing and refers to an attachment regarding his final objections to the Pre-Sentence

Investigation Report.  Daugerdas is directed to file that attachment on ECF.  The Government is

directed to respond to Daugerdas's May 5 letter by May 9, 2014.  The Government is directed to

respond to Daugerdas's final objections to the Pre-Sentence Investigation Report by May 23,

2014.

          The Fatico hearing scheduled for May 14, 2014 is rescheduled to May 15, 2014 at

11:00 a.m.

Dated: May 6, 2014
       New York, New York


                                   SO ORDERED:


                                   _____
                                   WILLIAM H. PAULEY III
                                   U.S.D.J.


*All Counsel of Record*