

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Henry E. Mazurek
Brian D. Linder
Partners
mazurek@clayro.com
linder@clayro.com

June 26, 2014

VIA EMAIL AND ECF

Hon. William H. Pauley III
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

                Re:    United States v. Paul M. Daugerdas et al.
                      S6 09 Cr. 581 (WHP)

Dear Judge Pauley:

       We write to request that Your Honor include in the judgment of the court a recommendation that the Bureau of Prisons designate Mr. Daugerdas to the satellite camp at FCI Oxford in Wisconsin or to the facility with the appropriate security classification closest to his home.  The facility at Oxford is the closest Bureau of Prisons facility to Mr. Daugerdas's home and would greatly facilitate family visits.

                                              Respectfully submitted,

                                              /s/

                                              Henry E. Mazurek
                                              Brian D. Linder

cc:  AUSA Stanley J. Okula, Jr. (via email)
      AUSA Nanette L. Davis (via email)