

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Henry E. Mazurek
Brian D. Linder
mazurek@clayro.com
linder@clayro.com

September 12, 2014

By ECF and Email

The Honorable William H. Pauley III
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    **Re:**    *United States v. Daugerdas,* **S6 09 Cr. 581 (WHP)**

Dear Judge Pauley:

    We write on behalf of defendant Paul Daugerdas to respectfully request a brief adjournment of his surrender date. On the date of sentencing, the Court ordered Mr. Daugerdas to surrender to a designated federal Bureau of Prisons ("BOP") institution on September 18, 2014. The BOP has designated Mr. Daugerdas to an appropriate institution in the Midwest Region. However, as the Court may be aware, Mr. Daugerdas has filed a bail motion with the United States Court of Appeals for the Second Circuit. That Court has informed the parties that Mr. Daugerdas's motion will be heard by a panel of judges on September 23, 2014. To give the Second Circuit adequate time to decide Mr. Daugerdas's motion prior to his surrender date, we respectfully request that the Court extend his time to report to the BOP designated facility until September 30, 2014.

    We have conferred with the government regarding this request, and Assistant United States Attorney Stanley J. Okula reported that the government has no objection.

    The parties are available to be heard on this issue if the Court seeks additional information.

    Respectfully yours,

    /S/

    Henry E. Mazurek
    *Counsel for Defendant Paul Daugerdas*

cc:    Stanley J. Okula, Jr., A.U.S.A.