**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 21, 2014

**VIA ECF**
The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St. Room 1920
New York, New York 10007

        Re:        <u>**United States v. Paul M. Daugerdas**</u>, 09 Cr. 581 (WHP)

Dear Judge Pauley:

        The Government writes concerning the ancillary proceedings regarding the following specific properties (the "Subject Accounts"), among other assets, that are the subject of the Preliminary Order of Forfeiture as to Specific Property/Money Judgment ("Forfeiture Order") entered by the Court on June 26, 2014:

    a. Any and all securities, United States currency, funds, or other monetary instruments on deposit at Fidelity, Account Number 03-375152, held in the name of PMD Investments LLC;

    b. Any and all securities, United States currency, funds, or other monetary instruments on deposit at Smith Barney, Account Numbers 383-25091-15 and 383-47731-15, held in the name of PMD Investments LLC;

    c. Any and all securities, United States currency, funds, or other monetary instruments on deposit at Morgan Stanley, Account Number 844-354504, formerly Account Number 06-78C3Z, held in the name of PMD Investments LLC;

    d. Any and all securities, United States currency, funds, or other monetary instruments on deposit at Credit Suisse, Account Number 24N-018007, held in the name of PMD Investments LLC;

    e. Any and all securities, United States currency, funds, or other monetary instruments on deposit at Deutsche Bank, Account Numbers 5XR-087746, 5XR-122063 and 5XR-104715, held in the name of PMD Investments LLC;

Hon. William H. Pauley, III                                                                                           Page 2
October 16, 2014

    f.   Any and all securities, United States currency, funds, or other monetary instruments on deposit at Fidelity, Account Number Z46-6223261, held in the name of Eleanor Spina Daugerdas Trust U/A 05/23/85 (formerly held in Account Number 03-315540 in the name of Eleanor Spina Daugerdas at Fidelity);

    g.   Any and all securities, United States currency, funds, or other monetary instruments on deposit at Goldman Sachs & Co., Account Number 4XDG, held in the name of Eleanor L. Daugerdas;

    h.   Any and all securities, United States currency, funds, or other monetary instruments on deposit at North Shore Community Bank & Trust Company, Account Number 0317008390, held in the name of Eleanor L. Daugerdas; and

    i.   Any and all securities, United States currency, funds, or other monetary instruments on deposit at Fifth Third Bank, Account Number 7233463814, held in the name of Eleanor Spina Daugerdas Trust.

Pursuant to Supplemental Rule G(4), the Government sent direct notice of the Forfeiture Order to Eleanor Daugerdas, the only known potential claimant known to the Government. During the applicable time periods, Eleanor Daugerdas, through counsel, filed a petition asserting an interest in the Subject Accounts.

Upon consultation, the parties submit the following jointly proposed briefing schedule:

1. Any motions by the Government to dismiss Eleanor Daugerdas's petition shall be filed by October 31, 2014.

2. Any opposition to the Government's motion to dismiss shall be filed November 20, 2014.

3. The Government's reply in further support of its motion to dismiss shall be filed by December 8, 2014.

Hon. William H. Pauley, III  Page 3
October 16, 2014

      Accordingly, the Government respectfully requests that the Court enter the above-referenced briefing schedule in this matter.

                                     Respectfully submitted,

                                     PREET BHARARA
                                   United States Attorney for the
                                   Southern District of New York

                      By:    /s/ Andrew C. Adams
                                   Andrew C. Adams
                                   Assistant United States Attorney
                                   (212) 637-2340

cc:  James R. Devita, Esq. (*by email*)
     *Counsel for Eleanor Daugerdas*