

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 21, 2014

**VIA ECF**
The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St. Room 1920
New York, New York 10007

Re:     <u>**United States v. Paul M. Daugerdas**</u>, 09 Cr. 581 (WHP)

Dear Judge Pauley:

Upon consent of counsel for Paul M. Daugerdas, the defendant in the above-captioned matter, the Government submits an enclosed Amended Preliminary Order of Forfeiture for the Court's consideration.  By this Order, the Government corrects the identifying information relating to certain bank accounts originally included in its prior Preliminary Order of Forfeiture.
.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:     /s/ Andrew C. Adams
        Andrew C. Adams
        Assistant United States Attorney
        (212) 637-2340

cc: James R. Devita, Esq. (*by email*)
    *Counsel for Eleanor Daugerdas*