USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-30-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-

PAUL M. DAUGERDAS, et al.,

              Defendant.
-----------------------------------------------------------x

Case No. 09 Cr. 581 (WHP)

~~PROPOSED~~ ORDER

WILLIAM H. PAULEY III, United States District Judge:

    WHEREAS, this Court previously issued a judgment in this case on or about June 27, 2014 ordering that the defendant "make restitution payments in monthly installments of 10% of his gross monthly income over a period of supervision to commence 30 days after the date of the judgment;" and

    WHEREAS, the defendant has requested, with the consent of the government, that restitution payments commence during the defendant's supervision upon release from incarceration; and

    WHEREAS the Court has the authority to clarify and modify its order of restitution pursuant to 18 U.S.C. §3664;

    NOW THEREFORE IT IS HEREBY ORDERED THAT the defendant Paul M. Daugerdas shall make the restitution payments set forth in the Court's judgment in monthly installments of 10% of his gross monthly income over a period of supervision to commence 30 days after his release from incarceration.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

10-30-14