**MEMO ENDORSED**

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
(FOLEY SQUARE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-30-18

UNITED STATES OF AMERICA,           )
                                    )
               Plaintiff,           )
                                    )
       v.                           )   09 CR. 581 (WHP)
                                    )
                                    )   18 CIV. 152 (EHP)
PAUL M. DAUGERDAS                   )
                                    )
               Defendant.           )

### DEFENDANT PAUL M. DAUGERDAS'S MOTION FOR LEAVE TO CORRECT AND AMEND HIS RESPONSE TO ATTORNEY CHARLES B. SKLARSY'S DECLERATION

The Defendant Paul M. Daugerdas, pro se respectfully moves the Court for leave to Correct and Amend his Response to attorney Charles B. Sklarsky's Affidavit and would Correct and Amend his Response as follows:

#### CORRECTION

In paragraph 2. of my Response to Mr. Sklarsk's Affidavit, I state at pages 2-3, "The records show that <u>twenty-four</u> of the twenty-eight charges Daugerdas was charged with were already beyond the six-year statute of limitations when Daugerdas signed the first stipulation on 10/10/2006". This should be corrected to read, "The records show that <u>four</u> of the twenty-eight charges Daugerdas was charged with were already beyond the six-year statute of limitations when Daugerdas signed the first stipulation on 10/10/2006".

1.

## AMEMDMENT

I would amend my Response to Mr. Sklarsky's Affidavit with the following statements: (1) Even assuming the stipulations were valid (which they were not) Mr. Charles Sklarsky allowed Daugerdas to be tried on four (4) charges that were already beyond the statute of limitations, and thats amounts to ineffective assistance of counsel. and (2) In his Motion To Invalidate Stipulations (Dkt. 99) Mr. Sklarsky states in his INTRODUCTION, page 1, "The Government's misrepresentations prevented Daugerdas from knowingly and voluntarily extending the limitations period for any of the charges against him". And in his Reply In Support Of Motion To Invalidate Stipulations (Dkt. 155) Mr. Sklarsky states in his INTRODUCTION, page 1, "In his opening motion to invalidate the stipulations, Daugerdas demonstrated that his waiver of certain statute of limitation rights were not knowingly and voluntary because the Government withheld material from Daugerdas and his counsel". (emphysis added).

Now in his Decleration at paragraph 5 b. Mr Sklarsky states, "He asked questions about the Stipulations which I answered, In my opinion, he understood the implications of the Stipulations and the rights he was waiving by entering into them". Mr. Sklarsky's statements made in his Decleration are contrary to the statements he made in his Motion To Invalidate Stipulations. (Dkt. 99). Mr. Sklarsky cannot have it both ways. The truth here is obvious that Mr Sklarsky was ineffective for advising Daugerdas to enter into the Stipulations and for failing to advise Daugerdas of his rights concerning the Stipulations. The records do not misrepresent.

2.

## CONCLUSION

Daugerdas respectfully requests the Court to grant his motion to Correct and Amend his response to Attorney Charles B. Sklarsky's Decleration as shown herein.

Respectfully Submitted

Date 5/22/2018

Paul M. Daugerdas
Defendant, pro se

---

Application granted. Daugerdas shall specify which four counts he asserts are time-barred forthwith. The Government shall file any response within 30 days after service of such specification.

SO ORDERED:

_____    6/5/18
WILLIAM H. PAULEY III
U.S.D.J.

3.

## Certificate Of Service

I, Paul M. Daugerdas, swear under penalty of perjury that I have caused copies of DEFENDANT PAUL M. DAUGERDAS'S MOTION FOR LEAVE TO CORRECT AND AMEND HIS RESPONSE TO ATTORNEY CHARLES B. SKLARSKY'S DECLERATION, to be mailed to the following parties:

Charles B. Sklarsky  
Jenner and Block  
353 N. Clark Street  
Chicago, Illinois. 60605

Stanley J. Okula, Jr.  
Assistant United States Attorney  
One Saint Andrews Plaza  
New York, NY. 10007

this  5Th   day of May, 2018.  
(28 U.S.C. §1746)

_Paul M. Daugerdas_  
Paul M. Daugerdas

## Certificate Of Mailing

I, Paul M. Daugerdas, swear under penalty of perjury that I have caused to be mailed the original and two copies of DEFENDANT PAUL M. DAUGERDAS'S MOTION FOR LEAVE TO CORRECT AND AMEND HIS RESPONSE TO CHARLES B. SKLARSKY'S DECLERATION, to the Office of the Clerk, Pro Se Intake Unit, United States District Court, 500 Pearl Street, New York, NY. 10007, by placing said motion in a lega; envelope with sufficient first-class postage attached and caused same to be deposited in the Prisoner's Mail Box at a Federal Correctional Institution, this  5Th  day of May, 2018.  
(28 U.S.C. § 1746·.

_Paul M. Daugerdas_  
Paul M. Daugerdas  
#62444-054  
U.S. Marion Camp  
P.O.Box 1000  
Marion, Illinois. 62959

4.

Paul M. Daugerdas
#62444-054
USP Marion Camp
P.O. Box 1000
Marion, Illinois. 62959

2018 MAY 30  AM 10: 12

May 22, 2018

Re: United States v. Paul M. Daugerdas, No's 09 cr 581 (WHP)
                                        18 Civ. 152 (WHP)


Clerk, Pro Se Intake Unit
United States District Court
500 Pearl Street
New York, NY. 10007


Dear Clerk,

   Enclosed you will find the original and two copies of my motion entitled Defendant Paul M. Daugerdas's Motion For Leave To Correct And Amend His Response To Attorney Charles B. Sklarsky's Decleration. Would please file this motion for me in the above case number. Thank you for your assistance in this matter.

Sincerely yours

Paul M. Daugerdas

Copy:  file

Donald Bennett
#84184-132
Federal Correctional Institution
P.O. Box 1000
Milan, Michigan. 48160

⟨⟩84184-132⟨⟩
Clerk Pro Se Intake Unit
500 Pearl ST
U.S. District Court
NEW YORK, NY 10007
United States

Clerk, Pro Se Intake Unit
United States District Court
500 Pearl Street
New York, NY. 10007