UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                      :

      -against-                                        :                    09 Cr. 581 (WHP)

Paul Daugerdas,                                        :                    ORDER
                        Defendant.         :
-------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

          The Government is to reply to Defendant's letter, ECF no. 933 by September 7,

2018.

Dated:  New York, New York
          August 3, 2018

                             SO ORDERED:

                             WILLIAM H. PAULEY III
                                U.S.D.J.