UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
UNITED STATES OF AMERICA,

          -against-

                                                09cr581

PAUL M. DAUGERDAS,

                                                SCHEDULING ORDER

                     Defendant.

---------------------------------------------------------------

ELEANOR DAUGERDAS, PMD
INVESTMENTS LLC, and WBLG
WALWORTH LLC,

                    Petitioners.

---------------------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

        On February 10, 2020, this Court conducted a telephonic status conference with the Government and counsel for petitioners Eleanor Daugerdas, PMD Investments LLC, and WBLG Walworth LLC. As discussed on the record, this Court fixes the following schedule on consent:

(1) The parties shall serve initial requests for document production by March 25, 2020;

(2) The parties shall serve interrogatories by March 25, 2020;

(3) The parties shall complete all depositions by May 29, 2020; and

(4) The parties shall appear for a status conference on June 9. 2020 at 11:00 a.m.

Dated: February 11, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.