UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

– against –                                                    No. 09-cr-581 (WHP)

PAUL M. DAUGERDAS,

        Defendant.
------------------------------------------------------------------x

## NOTICE OF PAUL M. DAUGERDAS' MOTION FOR COMPASSIONATE RELEASE

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of the Motion, PAUL M. DAUGERDAS, will move before the Hon. William H. Pauley III, United States District Judge for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be fixed by the Court, for an Order of Compassionate Release under 18 U.S.C.A. § 3582 (C)(1)(a)(i) due to extraordinary circumstances related to the COVID-19 pandemic, or in the alternative for a judicial recommendation to the federal Bureau of Prisons to re-designate defendant DAUGERDAS to home confinement.

Dated: April 10, 2020         Respectfully submitted,
       New York, New York
                               MEISTER SEELIG & FEIN LLP

                               By:_____/S/_____
                                  Henry E. Mazurek
                                  Ilana Haramati
                                  125 Park Avenue, Suite 700
                                  New York, New York 10017
                                  *Counsel for Paul M. Daugerdas*