**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 13, 2020

**BY ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Paul M. Daugerdas*, 09 Cr. 581 (WHP)

Dear Judge Pauley:

    The United States respectfully submits this letter in response to the motion of defendant Paul M. Daugerdas seeking compassionate release pursuant to 18 U.S.C. § 3582(c). That motion was filed on April 10, 2020. Because our response requires an internal review process at SDNY as well as consultation with the Bureau of Prisons facility at which Mr. Daugerdas is serving his sentence (Marion Camp), we respectfully request permission to file our response on or before April 17, 2020.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    //s//
    Stanley J. Okula, Jr.
    Special Assistant United States Attorney
    (202) 514-2839

cc: *Counsel for the Defendant*
   (via ECF)