

Henry E. Mazurek
*Partner*
Direct (212) 655-3594
Fax (646) 682-9222
hem@msf-law.com

April 15, 2020

Application granted.

SO ORDERED:

Hon. William H. Pauley, III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

_____
WILLIAM H. PAULEY III
U.S.D.J.

April 16, 2020

Re:   United States v. Paul M. Daugerdas, 09 Cr. 581 (WHP)

Dear Judge Pauley:

      We respectfully write on behalf of defendant Paul M. Daugerdas to request leave to file a reply, if necessary, to the government's response to Mr. Daugerdas' motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). We seek permission to file a reply letter to the Court no later than Tuesday, April 21, 2020. We will inform the Court before then if we deem that no reply is needed.

      Thank you for your consideration of this request.

Respectfully submitted,

*Henry Mazurek*

Henry E. Mazurek
Ilana Haramati
*Counsel for Paul M. Daugerdas*

cc:   A.U.S.A. Stanley J. Okula, Jr. (counsel for Government)
      (via ECF)