UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

       -against-                                          :          09 Cr. 581 (WHP)

Paul Daugerdas,                                              :          <u>ORDER</u>
                             Defendant.            :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on April 29, 2020 at 3:00 p.m. regarding defendant's application for reduction in sentence. The dial-in number is 888-363-4749, passcode 3070580.

Dated: New York, New York
       April 23, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.