UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-                                    :         09 Cr. 581 (WHP)

Paul Daugerdas,                                          :         ORDER
                         Defendant.     :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

       The Government is to reply to Defendant's letter, ECF no. 1037 by August 12, 2020 by 5:00 p.m.

Dated: August 10, 2018
       New York, New York

                                   SO ORDERED:

                                   _____
                                   WILLIAM H. PAULEY III
                                       U.S.D.J.