

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 12, 2020

**BY ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Application granted.  Government to file their response by August 13, 2020 by 5:00 p.m.
>
> SO ORDERED:
>
> *[signature]*
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> August 12, 2020

Re:   *United States v. Paul M. Daugerdas*, 09 Cr. 581 (WHP)

Dear Judge Pauley:

The United States respectfully submits this letter to request a one (1) day enlargement of time, until August 13, 2020, to submit our response to the most recent motion of defendant Paul M. Daugerdas seeking compassionate release pursuant to 18 U.S.C. § 3582(c), which was filed on August 10, 2020.  We seek the extension to allow us to gather as much information as possible from the BOP, as it relates to the defendant's most recent motion.

We have consulted with counsel for the defendant (Henry Mazurek, Esq.), who has indicated that he consents to the relief we seek herein.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   //s//
Stanley J. Okula, Jr.
Special Assistant United States Attorney
(202) 514-2839

cc: *Counsel for the Defendant*
    (via ECF)