

Ilana Haramati
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

August 14, 2020

**VIA ECF**

Hon. William H. Pauley III
United States District Court Judge
United States Courthouse
500 Pearl St.
Courtroom 20B
New York, NY 10007

    Re:    *United States v. Paul M. Daugerdas*, 09-cr-581 (WHP)

Dear Judge Pauley:

    We respectfully write on behalf of defendant Paul M. Daugerdas to request leave to file a reply to the government's response to Mr. Daugerdas' motion for reconsideration of his compassionate release request pursuant to 18 U.S.C. § 3582(c)(1)(A). We seek permission to file this reply with the Court by the end of the day today, August 14, 2020. The government does not object to this request.

    Thank you for your consideration of this request. Respectfully submitted,

                               /s/ IH
                          Henry E. Mazurek
                          Ilana Haramati
                          Meister Seelig & Fein LLP
                          125 Park Avenue, Suite 700
                          New York, New York 10017

                          *Counsel for Defendant Paul M. Daugerdas*

cc:    Counsel of Record (*via ECF*)

                                      Application granted.

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                      U.S.D.J.

                                      August 14, 2020