UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                          :

          -against-                          :                    09 Cr. 581 (WHP)

PAUL M. DAUGERDAS, et. al.,                         :                    ORDER

               Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                     :
ELEANOR DAUGERDAS,

                                     :

               Petitioner.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, United States District Judge:

        The Government is directed to file a letter in opposition to Petitioner's March 18,

2021 Letter seeking a pre-motion conference, (ECF No. 1055), by 5:00 p.m. on March 31, 2021.

Dated: March 29, 2021                                           SO ORDERED:
       New York, New York

                                       WILLIAM H. PAULEY III
                                        U.S.D.J.

1