UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 09 Cr. 581 (WHP) |
| PAUL M. DAUGERDAS, et. al., | : | <u>SCHEDULING ORDER</u> |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ELEANOR DAUGERDAS,

                      Petitioner.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, United States District Judge:

        Petitioner's March 18, 2021 letter application, (ECF No. 1054), seeking an extension of the discovery deadline is granted. This Court amends the schedule as follows:

(1) The parties shall complete all fact discovery by June 30, 2021.

(2) The parties shall submit a joint status report on July 7, 2021.

(3) The parties shall appear for a telephonic status conference on July 14, 2021 at 11:00 a.m. The dial-in number is (888) 363-4749, and the access code is 3070580.

Dated: March 31, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.