UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                :

    -against-                                           :        09 Cr. 581 (WHP)

PAUL M. DAUGERDAS, et. al.,              :        SCHEDULING ORDER

                       Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                   :
ELEANOR DAUGERDAS,
                                                   :
                       Petitioner.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, United States District Judge:

        The parties shall appear for a pre-motion conference on April 8, 2021 at 2:30 p.m. The dial-in number is (888) 363-4749 and the access code is 3070580. Any further response to the Government's March 31, 2021 letter, (ECF No. 1059), may be filed by April 7, 2021.

Dated: April 2, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

1