UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :        09Cr581(DLC)
                                     :
           -v-                       :        ORDER
                                     :
PAUL M. DAUGERDAS,                   :
                                     :
                    Defendant.       :
-------------------------------------X

DENISE COTE, District Judge:

    This case having been reassigned to this Court, it is hereby

    ORDERED that the Government, Eleanor Daugerdas, and any other interested party shall submit by **August 18, 2021** a letter no longer than two (2) pages describing the history and status of this litigation.

Dated:   New York, New York
         August 6, 2021

                                         _____
                                              DENISE COTE
                                    United States District Judge