**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2021

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

    Re:    **United States v. Paul M. Daugerdas, 09 Cr. 581 (DLC)**

Dear Judge Cote:

    The Government respectfully submits this letter to jointly propose a schedule in the above-referenced ancillary proceeding concerning Eleanor Daugerdas. After conferring with counsel for Petitioners, the Government understands that Petitioners' counsel will be away for two weeks beginning tomorrow, and as a result respectfully requests the Court permit the parties to conclude discovery on or before November 23, 2021. The parties further request an additional four weeks after the close of discovery – that is, until December 21, 2021 – to file any motions for summary judgment. To the extent a hearing is necessary, the parties would propose the Court schedule any hearing for February 2022.

*Granted. Opposition to a motion is due 1/21/22. Reply is due 2/1/22.*

*/s/ Denise Cote*
*10/13/21*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kiersten A. Fletcher
Assistant United States Attorney
(212) 637-2238

cc:    Counsel (by ECF)