UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,                              :

                                                       :  S6 09 CR 581 (WHP)
- v. -
                                                       :  **PETITIONERS' MOTION FOR**
                                                          **RECONSIDERATION AND**
PAUL M. DAUGERDAS,                                     :  **REARGUMENT OF THE COURT'S**
                                                          **DENIAL OF THEIR MOTION FOR**
                        Defendant.                     :  **SANCTIONS AGAINST THE**
                                                          **GOVERNMENT**

------------------------------------------------------------------X

ELEANOR DAUGERDAS,                                     :
PMD INVESTMENTS LLC, and
WBLG WALWORTH LLC,                                     :

                        Petitioners.
------------------------------------------------------------------X

*Denied.*
*/s/ Denise Cote*
*10/13/21*

    **PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 6.3 of the Local Rules of the United States District Court for the Southern District of New York, Petitioners Eleanor Daugerdas, PMD Investments LLC and WBLG Walworth LLC, hereby move this Court for reconsideration and reargument of the Court's September 28, 2021 Order and Opinion denying petitioners' motion for an order imposing sanctions on the United States of America pursuant to Rule 37(b)(2)(A) and (C), Federal Rules of Civil Procedure, and the Court's inherent power to manage its own affairs, for its failure to produce documents as required by an Order of this Court dated July 26, 2018 (Docket No. 935), and its failure to preserve documents within its custody and control.

Dated:  Westchester County, New York
         October 12, 2021

                                            s/ James R. DeVita
                                            **James R. DeVita (JRD 5659)**
                                            C/O Nobile, Magarian & DiSalvo, LLP
                                            111 Kraft Avenue
                                            Bronxville, New York 10708
                                            (347) 403-3131

                                            Of Counsel:
                                            Ronald E. DePetris
                                            P.O. Box 6034
                                            Southampton, New York 11969
                                            (631) 283-8652