UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

UNITED STATES OF AMERICA      :     **FINAL ORDER OF FORFEITURE**

      -v.-      :     S6 09 Cr. 581 (DLC)

PAUL DAUGERDAS,      :

     Defendant.      :

------------------------------------- X

WHEREAS, on or about June 26, 2014, the Court entered a Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "First Preliminary Order of Forfeiture") (D.E. 836) with respect to PAUL DAUGERDAS (the "Defendant"), imposing a money judgment in the amount of $164,737,500 in United States currency against the Defendant, and forfeiting to the United States all right, title and interest of the Defendant in, *inter alia*, the following specific property:

    a.    All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 619 Cedar Point Drive, Williams Bay, Wisconsin 53191, more particularly described as a single-family home owned by PAUL DAUGERDAS and/or family members, either directly or indirectly, with the legal description of "Lots 14 and 15 in Cedar Point Subdivision, in Sections 5 and 6, Township 1 North, Range 17 East, in the Village of Williams Bay, according to the recorded plot thereof recorded in the Office of the Registrar of Deeds for Walworth County, Wisconsin";

    b.    Any and all United States currency, funds, or other monetary instruments on deposit at Credit Suisse, Account Number 24N-018007, held in the name of PMD Investments LLC;

    c.    Any and all United States currency, funds, or other monetary instruments on deposit at Merrill Lynch, Account Numbers 661-62H25, 661-62H26, 661-62H44 and 661-62H45, held in the name of Paul M. Daugerdas and Eleanor Daugerdas JTWROS;

    d.    Any and all United States currency, funds, or other monetary instruments on deposit at Goldman Sachs & Co., Account Number 4XDG, held in the name of Eleanor L. Daugerdas;

    e.    Any and all United States currency, funds, or other monetary instruments on deposit at Deutsche Bank, Account Numbers 5XR-087746, 5XR-122063 and 5XR-104715, held in the name of PMD Investments LLC;

    f.    Any and all United States currency, funds, or other monetary instruments on deposit at TD Ameritrade, Account Number 766-9355530, held in the name of PAUL M. DAUGERDAS;

    g.    Any and all United States currency, funds, or other monetary instruments on deposit at Fifth Third Bank, Account Number 7232735006, held in the name of Paul M. Daugerdas;

    h.    Any and all United States currency, funds, or other monetary instruments on deposit at Fifth Third Bank, Account Number 723463830, held in the name of Michael Paul Daugerdas IRREV Trust; and

    i.    Any and all United States currency, funds, or other monetary instruments on deposit at North Shore Community Bank & Trust Company, Account Number 0317008390, held in the name of Eleanor L. Daugerdas;

(a. through i., collectively, the "First Specific Property");

WHEREAS, on or about August 6, 2018, the Court entered an Amended Preliminary Order of Forfeiture as to Certain Specific Properties (the "Amended Preliminary Order") (D.E. 938) for the purpose of correcting the asset descriptions of certain additional property from the First Preliminary Order of Forfeiture, as follows:

    a.    Any and all United States currency, funds, or other monetary instruments on deposit at Goldman Sachs & Co., Account Number 020-31659-2, held in the name of FOREST INVESTORS LLC;

    b.    Any and all United States currency, funds, or other monetary instruments on deposit at Goldman Sachs & Co., Account Number 020-50725-7, held in the name of MICHAEL PAUL DAUGERDAS IRREV TRUST;

    c.    Any and all United States currency, funds, or other monetary instruments on deposit at Black Rock College Advantage (formerly Putnam

2

Investments), Account Number 3960-1400001511, held in the name of PAUL M. DAUGERDAS FBO NICOLE K. DAUGERDAS;

d. Any and all United States currency, funds, or other monetary instruments on deposit at Black Rock College Advantage (formerly Putnam Investments), Account Number 3960-0488483198, held in the name of PAUL M. DAUGERDAS FBO DANIEL W. DAUGERDAS;

e. Any and all United States currency, funds, or other monetary instruments on deposit at Black Rock College Advantage (formerly Putnam Investments), Account Number 3968-0357819711, held in the name of PAUL M. DAUGERDAS FBO MICHAEL P. DAUGERDAS;

f. Any and all United States currency, funds, or other monetary instruments on deposit at Black Rock College Advantage (formerly Putnam Investments), Account Number 3973-0357661803, held in the name of PAUL M. DAUGERDAS FBO ALEXANDER P. JEFFREY;

g. Any and all United States currency, funds, or other monetary instruments on deposit at Black Rock College Advantage (formerly Putnam Investments), Account Number 3975-0357804838, held in the name of PAUL M. DAUGERDAS FBO ELEANOR M. DAUGERDAS;

h. Any and all United States currency, funds, or other monetary instruments on deposit at Black Rock College Advantage (formerly Putnam Investments), Account Number 3975-0357820510, held in the name of PAUL M. DAUGERDAS FBO COURTNEY M. DAUGERDAS;

i. Any and all United States currency, funds, or other monetary instruments on deposit at Black Rock College Advantage (formerly Putnam Investments), Account Number 3976-0357817116, held in the name of PAUL M. DAUGERDAS FBO MEGAN A. JEFFREY;

j. Any and all interest in Credit Suisse Catalytic Investors LP Fund, Account number 30490282, held in the name of PAUL M. DAUGERDAS/TREASUREX FINANCIAL;

k. All United States currency, funds, or monetary instruments on deposit in account number 60-18009056 in the name of PAUL M. DAUGERDAS and ELEANOR L. DAUGERDAS JTWROS at John Hancock Securities;

l. Any and all United States currency, funds, or other monetary instruments on deposit at North Shore Community Bank & Trust Company, Account Numbers 0330008412 and 0300021917, held in the name of Paul M. DAUGERDAS;

3

  m. Any and all United States currency, funds, or other monetary instruments on deposit at Smith Barney, Account numbers 559-153904 and 559-173459 formerly Account numbers 383-25091-15 and 383-47731-15 held in the name of PMD INVESTMENTS LLC;

  n. Any and all United States currency, funds, or other monetary instruments on deposit at Morgan Stanley, Account Number 844-354504, formerly Account Number 06-78C3Z held in the name of PMD INVESTMENTS LLC; and

  o. Any and all United States currency, funds, or other monetary instruments on deposit at Fifth Third Bank Account Number 7233463814 held in the name of PAUL M. DAUGERDAS BY ELEANOR SPINA DAUGERDAS TRUST;

(a. through o., collectively, the "First Amended Property");

WHEREAS, on or about October 24, 2018, the Court entered a Second Amended Preliminary Order of Forfeiture (the "Second Amended Preliminary Order") (D.E. 961), for the purpose of correcting the asset descriptions of two additional properties from the First Preliminary Order of Forfeiture, as follows:

  a. Any and all United States currency, funds, or other monetary instruments on deposit at Fidelity Account number X03-375152 held in the name of PMD INVESTMENTS LLC; and

  b. Any and all United States currency, funds, or other monetary instruments on deposit at Fidelity Account number Z46-623-261 held in the name of ELEANOR SPINA DAUGERDAS TRUST U/A 5/23/85 formerly held in Account number X03-315540 in the name of ELEANOR DAUGERDAS at Fidelity;

(a. and b., together with the First Specific Property (as modified by the Second Amended Preliminary Order) and the First Amended Property, the "Specific Property");

WHEREAS, notices of Forfeiture and the intent of the Government to dispose of the Specific Property were posted on an official government internet site (www.forfeiture.gov) beginning on April 19, 2018 for thirty (30) consecutive days, through May 18, 2018; then beginning on August 22, 2018 for thirty (30) consecutive days, through September 20, 2018,

pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publications were filed with the Clerk of the Court November 1, 2018 (D.E. 962 and 963) and March 19, 2019 (D.E. 978);

WHEREAS, the United States sent notices of the First Preliminary Order of Forfeiture, the Amended Preliminary Order and the Second Amended Preliminary Order, pursuant to Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, via Federal Express, to the following:

> Eleanor Daugerdas
> c/o James R. DeVita, Esq.
> Day Pitney, LLP
> 7 Times Square, Times Square Tower
> New York, New York 10036

(the "Noticed Party");

WHEREAS, on or about August 29, 2014, Eleanor Daugerdas filed a Third-Party Petition asserting her interest in certain Specific Property (D.E. 853). On or about December 6, 2018, Eleanor Daugerdas, individually and as sole member of PMD Investments LLC and WBLG Walworth LLC (the "Petitioners") filed an Amended Third-Party Petition to certain assets included in the Specific Property (D.E. 970) (the "Petition");

WHEREAS, on or about October 23, 2018, the Defendant, as custodian and trustee of his children, filed a Third-Party Petition asserting an interest in certain assets included in the Specific Property (D.E. 960) (the "Defendant's Petition");

WHEREAS, on or about June 25, 2020, the Court dismissed the Defendant's Petition (D.E. 1035);

WHEREAS, on or about December 17, 2021, the Government and the Petitioners, Eleanor Daugerdas, PMD Investments LLC and WBLG Walworth LLC entered into a Stipulation

5

of Settlement, wherein Petitioners withdrew all claims to the Specific Property in exchange for a lump sum payment in the amount of $500,000 in United States currency;

WHEREAS, since final publication of the Notice of Forfeiture, thirty (30) days have expired and no other petitions or claims to contest the forfeiture of the Specific Property have been filed, other than the Petition and the Defendant's Petition;

WHEREAS, the Defendant and the Noticed Party are the only people and/or entities known by the Government to have a potential interest in the Specific Property and their interests have been resolved; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3. The United States Department of Treasury (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       December 21, 2021

SO ORDERED:

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

7